IN THE UNITED STATES DISTRICT COURT FOR THE#
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 23-03039-01-CR-S-SRB |
| THOMAS JAMES TOOTHAKER, | ) ) ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Indictment filed on April 12, 2023, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                              */s/ Stephen R. Bough*
                                              STEPHEN R. BOUGH
                                              UNITED STATES DISTRICT JUDGE

Date: September 25, 2024